COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER DENYING MOTION FOR REHEARING

Appellate case name:  G. *Wesley Urquhart, G. Wesley Urquhart, P.C. and Mary Elizabeth
Urquhart v. Richard Stephen Calkins, Individually and as Agent-in-
Fact, for Mary Olive Calkins, and Michael Easton*

Appellate case number:  01-17-00256-CV

Trial court case number:  2011-21236

Date motion filed:  January 14, 2019

Trial court:  61st District Court of Harris County

It is ordered that the motion for rehearing is **DENIED**.


Judge's signature: ____/s/ Peter Kelly_____
                              ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Higley, Kelly, and Landau.



Date:  __August 6, 2019__